4

Dear You're Honor,

Case: 2:16-mc-51150
Judge: Roberts, Victoria A.
MJ: Grand, David R.
Filed: 08-08-2016 At 2:28 PM
APP FOR INTEREST OF PROPERTY JOE H.
A LEE & MARIA L. LEE (SO)

Ref: Court case number:   16 - 20218

Our name are Joe H. A Lee & Maria L. Lee, we live in Temple City, California 91780. We would like to submit an application for interested property as the third party whom under your court Jurisdiction. If the property will be available, please contact us. Thank you.

Note:   My name:        Joseph H. A. Lee & Maria L. Lee

        My phone:       (650) 943 – 3333

        My address:     15940 Oak Avenue # 1525

                        Temple City, CA 91780

        My email:       Championinchrist@hotmail.com

Dated: on August 02, 2016 at Temple City, California 91780.

Property is locating at:


_____                _____
     Maria L. Lee                          Joe H. A. Lee

144b

# SEIZED ASSET CLAIM FORM

[Agency Name – from Notice Letter or Internet Advertisement]

[Agency Address– from Notice Letter or Internet Advertisement]

## YOU MUST COMPLETE **ALL** PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.

| PART I: Enter your contact information | |
|---|---|
| Name: JOSEPH H. A. LEE     &      MARIA L. LEE | |
| Address:<br>15940 Oak Avenue # 1525, Temple City CA 91780 | |
| Telp:<br>650 943 3333 | Email Address:<br>championinchrist@hotmail.com |
| Attorney Name: (Third Party)<br>Joseph H. A. Lee  &  Maria L.  Lee | |
| Attorney Address: [Include Street, City, State and Zip Code]<br>N / A | |
| Attorney Telephone Number: (optional)<br>N / A | Attorney Email Address: (optional)<br>N  / A |

**PART II:  List all assets you are claiming**

State your interest in each asset listed and explain why you believe the property belongs to you.  You may attach documents to support your claim.  If claiming more than three assets, continue on a separate page.

| 1. | Asset ID Number:<br>16- 20218 | Description of Asset: |
|---|---|---|
| | Interest in Property:<br>433 FOX HILLS DRIVE S, Apt X, BLOOMFIELD HILLS, MI 48304 | |
| 2. | Asset ID Number: | Description of Asset: |
| | Interest in Property: | |
| 3. | Asset ID Number: | Description of Asset: |
| | Interest in Property: | |

1

## PART III:  Declaration

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

MARIA L LEE & JOSEPH H.A.LEE

Name Printed

Signature

08/03/2016

Date

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. 18 U.S.C. § 983(h). A false statement or claim may subject a person to prosecution under 18 U.S.C. § 1001.

2

Case 2:16-mc-51150-VAR-DRG   ECF No. 1, PageID.4   Filed 08/08/16   Page 4 of 4

Joseph & Maria Lee
15940 Oak Avenue #1525
Temple City, CA 91780

SANTA ANA CA 926

03 AUG 2016 PM 8 L

TO:
United States of District Court
The Clerk of the Court
213 W. Lafayette
Detroit, MI 48226

RECEIVED
AUG -8 2016
CLERK'S OFFICE
DETROIT

48226-270213