UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,     No. 16-mc-51150

       Plaintiff,        HON. VICTORIA A. ROBERTS

v.

D-1   NORMAN SHY,

       Defendant.

_____/

## ORDER TO DISMISS APPLICATION

Based on the Government's Motion to Dismiss Application and other information in the record IT IS HEREBY ORDERED that:

The Application filed by Joseph H. A. Lee and Maria L. Lee on August 8, 2016 is dismissed.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS ORDERED.**

                          S/Victoria A. Roberts

Dated: September 16, 2016      HONORABLE VICTORIA A. ROBERTS
                          United States District Judge